No. 785. Keegan *v.* United States; and

No. 821. Kunze et al. *v.* United States. May 15, 1944. Petitions for writs of certiorari to the Circuit Court

of Appeals for the Second Circuit granted. *Wilbur V. Keegan, pro se. Messrs. Theodore Kiendl, John F. X. Finn, Joab H. Banton, Harold W. Hastings, George S. Leisure, Leo C. Fennelly,* and *Geo. C. Norton* for petitioners in No. 821. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *W. Marvin Smith* for the United States. Reported below: 141 F. 2d 248.